JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Adelina Cristobal,

         Petitioner,

    v.

United States of America,

         Respondent.

CASE NO. 2:17-CV-194-JLS
        2:13-cr-94-JLS-1
**JUDGMENT**

    The Court, having denied Petitioner's Motion to Vacate, Set Aside or Correct Sentence, IT IS ADJUDGED that this action is DISMISSED WITH PREJUDICE.

    The Clerk shall close the case.

    Dated: August 17, 2017

_____
The Hon. Josephine L. Staton
United States District Judge